## MEMORANDUM DECISIONS.

AMERICAN BONDING & TRUST CO. OF BALTIMORE CITY v. GEORGE A. FULLER CO. (Circuit Court of Appeals, Eighth Circuit. January 13, 1899.) No. 1,129. In Error to the Circuit Court of the United States for the Eastern District of Missouri. M. W. Huff, W. J. Stone, and G. S. Hoss, for plaintiff in error. W. F. Boyle, H. S. Priest, and F. W. Lehmann, for defendant in error. Dismissed at costs of plaintiff in error, per stipulation of parties, and mandate waived.

AMERICAN HOIST & DERRICK CO. v. MINNEHAHA GRANITE CO. (Circuit Court of Appeals, Eighth Circuit. January 3, 1899.) No. 1,142. In Error to the Circuit Court of the United States for the District of South Dakota. T. B. McMartin, Frank R. Aiken, and Harold E. Judge, for plaintiff in error. Charles O. Bailey and John H. Voorhees, for defendant in error. Dismissed, without costs to either party in this court, per stipulation of parties.

AMERICAN SURETY CO. OF NEW YORK v. CITY OF SENECA. (Circuit Court of Appeals, Eighth Circuit. December 6, 1898.) No. 1,090. In Error to the Circuit Court of the United States for the District of Kansas. John Martin and H. L. Heald, for plaintiff in error. Frank Wells, Ira K. Wells, W. H. Rossington, Charles Blood Smith, and Clifford Histed, for defendants in error. Dismissed, with costs, on motion of the defendant in error, for want of jurisdiction.

CARR v. TILLINGHAST. (Circuit Court of Appeals, Ninth Circuit. February 16, 1898.) No. 411. In Error to the Circuit Court of the United States for the District of Washington. George D. Schofield and T. W. Hammond, for plaintiff in error. P. Tillinghast, for defendant in error. Dismissed by agreement, pursuant to the twentieth rule. See 82 Fed. 298.